**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN RE ZIYAO JIANG,

                        Plaintiff.

1. 25-CV-3814
2. 25-CV-3804
3. 25-CV-3604
4. 25-CV-3600
5. 25-CV-3599
6. 25-CV-3598
7. 25-CV-3597
8. 25-CV-3596
9. 25-CV-3526
10. 25-CV-3524
11. 25-CV-3523
12. 25-CV-3521
13. 25-CV-3520
14. 25-CV-3519
15. 25-CV-3518
16. 25-CV-3517

**<u>CIVIL JUDGMENT</u>**

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 9, 2025, the Court bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. The bar order is effective as of May 9, 2025. Plaintiff must attach a copy of any proposed complaint and a copy of this order to any motion seeking leave to file a future civil action in the court IFP. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action IFP without filing a motion for leave to file, the action will be dismissed for failure to comply with this order. Plaintiff is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. See id. Civil judgments are

entered dismissing the above mentioned cases; accordingly, the cases are closed.

Dated:   June 11, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge